FILED
CLERK, U.S. DISTRICT COURT
DEC - 2 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case No.: 14-2264M
)
    Plaintiff, )
)
vs. ) ORDER OF DETENTION AFTER HEARING
) [Fed.R.Crim.P. 32.1(a)(6);
) 18 U.S.C. 3143(a)]
) 
_Ruth_ Defendant. )
)

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _EDVA_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _PFA_

and/or

B.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 12/2/14

_____
UNITES STATES MAGISTRATE JUDGE